# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

## Invoice

| | |
|---|---|
| INVOICE NUMBER | 2 |
| INVOICE DATE | July 15th 2007 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

BILL TO:

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| QTY | CODE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Commission Payments Due For April 15th | 12,387.40 | 12,387.40 |
| 1 | | Commission Payments Due For April 30th | 18,479.50 | 18,479.50 |
| | | SUBTOTAL | | 30,866.90 |
| | | GST | | |
| | | PST | | |
| | | | | **$30,866.90** PAY THIS AMOUNT |

Note:

THANK YOU. WE APPRECIATE YOUR BUSINESS!


PLAINTIFF'S EXHIBIT 28

873

# Global Strategic Marketing Inc.
2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

## Invoice

| | |
|---|---|
| INVOICE NUMBER | C07004 |
| INVOICE DATE | August 30, 20071 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

BILL TO:

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| QTY | CODE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Commission Payments Due For May 31 | 57,616.00 | 57,616.00 |
| 1 | | Commission Payments Due For June 30, | 50,707.60 | 50,707.60 |
| 1 | | Commission Payments Due For July 31, | 97,822.91 | 97,822.91 |
| | | SUBTOTAL | | 206,146.51 |
| | | GST | | |
| | | PST | | |
| | | | | $206,146.51 PAY THIS AMOUNT |

**Note:**

*THANK YOU, WE APPRECIATE YOUR BUSINESS!*

874

# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

## Invoice

| | |
|---|---|
| INVOICE NUMBER | C07005 |
| INVOICE DATE | Sept. 30, 2007 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

BILL TO:

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| QTY | CODE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Commission Payments Due For August 15th | | 0.00 |
| 1 | | Commission Payments Due For August 31s | 73,743.60 | 73,743.60 |
| | | SUBTOTAL | | 73,743.60 |
| | | GST | | |
| | | PST | | |
| | | | PAY THIS AMOUNT | $73,743.60 |

Note:

*THANK YOU, WE APPRECIATE YOUR BUSINESS!*

875

# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

Invoice

| | |
|---|---|
| INVOICE NUMBER | C07006 |
| INVOICE DATE | October. 29, 2007 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

BILL TO:

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| QTY | CODE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Commission Payments Due For September | 119,022.30 | 119,022.30 |
| | | | SUBTOTAL | 119,022.30 |
| | | | GST | |
| | | | PST | |
| | | | PAY THIS AMOUNT | $119,022.30 |

Note:

*THANK YOU, WE APPRECIATE YOUR BUSINESS!*

876

# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

## Invoice

| | |
|---|---|
| INVOICE NUMBER | C07007 |
| INVOICE DATE | Nov. 15th, 2007 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

BILL TO:

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| QTY | CODE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Commission Payment For October 15th, 07 | 64,725.00 | 64,725.00 |
| | | SUBTOTAL | | 64,725.00 |
| | | GST | | |
| | | PST | | |
| | | | | **$64,725.00** PAY THIS AMOUNT |

**Note:**

THANK YOU WE APPRECIATE YOUR BUSINESS!

877

# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

Invoice

BILL TO:

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| | |
|---|---|
| INVOICE NUMBER | C07009 |
| INVOICE DATE | Dec.31st, 2007 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

| QTY | CODE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Commission Payment For December, 07 | 38,510.99 | 38,510.99 |
| | | | SUBTOTAL | 38,510.99 |
| | | | GST | |
| | | | PST | |
| | | | PAY THIS AMOUNT | $38,510.99 |

**Note:**

*THANK YOU, WE APPRECIATE YOUR BUSINESS!*

878

# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

## Invoice

| | |
|---|---|
| INVOICE NUMBER | C08001 |
| INVOICE DATE | Jan 31, 2008 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

**BILL TO:**

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| QTY | CODE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Commission Payment For January, 31st | 73,375.65 | 73,375.65 |
| | | | SUBTOTAL | 73,375.65 |
| | | | GST | |
| | | | PST | |
| | | | $73,375.65 PAY THIS AMOUNT | |

**Note:**

*THANK YOU, WE APPRECIATE YOUR BUSINESS!*

# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

## Invoice

| | |
|---|---|
| INVOICE NUMBER | C08002 |
| INVOICE DATE | Apr 1, 2008 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

BILL TO:

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| QTY | CODE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Commission Payment For February, 15th | 68,896.11 | 68,896.11 |
| 1 | | Commission Payment For February, 29th | 44,623.65 | 44,623.65 |
| | | | SUBTOTAL | 113,519.76 |
| | | | GST | |
| | | | PST | |
| | | | PAY THIS AMOUNT | $113,519.76 |

Note:

*THANK YOU, WE APPRECIATE YOUR BUSINESS!*

880

# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

## Invoice

| | |
|---|---|
| INVOICE NUMBER | C08004 |
| INVOICE DATE | May 26th 2008 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |

BILL TO:

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

SHIPPED VIA
F.O.B.

| QTY | CODE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Commission Payment For April, 15th | 71,020.58 | 71,020.58 |
| 1 | | Commission Payment For April, 30th | 48,620.52 | 48,620.52 |
| | | | SUBTOTAL | 119,641.10 |
| | | | GST | |
| | | | PST | |
| | | | | $119,641.10 PAY THIS AMOUNT |

Note:

**THANK YOU, WE APPRECIATE YOUR BUSINESS!**

881