# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

## Invoice

| | |
|---|---|
| INVOICE NUMBER | C07004 |
| INVOICE DATE | August 30, 20071 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

**BILL TO:**

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| Qty | | Description | Price | Amount |
|---|---|---|---|---|
| 1 | | Commission Payments Due For May 31 | 57,616.00 | 57,616.00 |
| 1 | | Commission Payments Due For June 30, | 50,707.60 | 50,707.60 |
| 1 | | Commission Payments Due For July 31, | 97,822.91 | 97,822.91 |
| | | | SUBTOTAL | 206,146.51 |
| | | | GST | |
| | | | PST | |

**$206,146.51**
PAY THIS AMOUNT

**Note:**

**THANK YOU, WE APPRECIATE YOUR BUSINESS!**