# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

## Invoice

| | |
|---|---|
| INVOICE NUMBER | C07005 |
| INVOICE DATE | Sept. 30, 2007 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

**BILL TO:**

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| QTY | CODE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Commission Payments Due For G Bennett Missing funds for June 30 ($50485 USD) | 4,038.80 | 4,038.80 |
| 1 | | Commission Payments Due For August 31s | 76,943.60 | 76,943.60 |
| | | SUBTOTAL | | 80,982.40 |
| | | GST | | |
| | | PST | | |
| | | **PAY THIS AMOUNT** | | **$80,982.40** |

Note: Wwe have already billed for E Young and K Weathers

**THANK YOU, WE APPRECIATE YOUR BUSINESS!**