# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

## Invoice

| | |
|---|---|
| INVOICE NUMBER | C07006 |
| INVOICE DATE | October. 29, 2007 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

**BILL TO:**

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| | | | | |
|---|---|---|---|---|
| 1 | | Commission Payments Due For September | 119,022.30 | 119,022.30 |
| | | | SUBTOTAL | 119,022.30 |
| | | | GST | |
| | | | PST | |
| | | | **$119,022.30** PAY THIS AMOUNT | |

**Note:**

*THANK YOU, WE APPRECIATE YOUR BUSINESS!*