# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

## Invoice

| | |
|---|---|
| INVOICE NUMBER | C07007 |
| INVOICE DATE | Nov. 15th, 2007 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

**BILL TO:**

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| QTY | DATE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Commission Payment For October 15th, 07 | 64,725.00 | 64,725.00 |
| | | SUBTOTAL | | 64,725.00 |
| | | GST | | |
| | | PST | | |
| | | PAY THIS AMOUNT | | $64,725.00 |

**Note:**

**THANK YOU, WE APPRECIATE YOUR BUSINESS!**