# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

# Invoice

| | |
|---|---|
| INVOICE NUMBER | C08002 |
| INVOICE DATE | Apr 1, 2008 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

**BILL TO:**

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| Qty | | Description | | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | | Commission Payment For February, 15th | | 68,896.11 | 68,896.11 |
| 1 | | Commission Payment For February, 29th | | 44,623.65 | 44,623.65 |
| | | | SUBTOTAL | | 113,519.76 |
| | | | GST | | |
| | | | PST | | |
| | | | | | **$113,519.76** PAY THIS AMOUNT |

**Note:**

**THANK YOU, WE APPRECIATE YOUR BUSINESS!**