# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

# Invoice

**BILL TO:**

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| | |
|---|---|
| INVOICE NUMBER | C08003 |
| INVOICE DATE | Apr 3-, 2008 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

| QTY | ITEM | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Commission Payment For March, 15th | 15,318.47 | 15,318.47 |
| 1 | | Commission Payment For March, 31st | 33,731.60 | 33,731.60 |
| | | | SUBTOTAL | 49,050.07 |
| | | | GST | |
| | | | PST | |

**$49,050.07**
**PAY THIS AMOUNT**

**Note:**

*THANK YOU, WE APPRECIATE YOUR BUSINESS!*