# Global Strategic Marketing Inc.

2810 Matheson Boulevard East, Suite 200, Mississauga Ontario, L4W 4X7 Canada Tel/Fax 416-469-5959

## Invoice

| | |
|---|---|
| INVOICE NUMBER | 2 |
| INVOICE DATE | July 15th 2007 |
| PAYMENT DUE | On Receipt |
| PURCHASE ORDER NO. | |
| TERMS | |
| Contact | K Hunter |
| SHIPPED VIA | |
| F.O.B. | |

**BILL TO:**

Mr Kevin Harris
Complete Developments LLC
2430 Parkman Road,
Warren, OHIO
44485 USA

| QTY | CODE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Commission Payments Due For April 15th | 12,387.40 | 12,387.40 |
| 1 | | Commission Payments Due For April 30th | 18,479.50 | 18,479.50 |
| | | | SUBTOTAL | 30,866.90 |
| | | | GST | |
| | | | PST | |
| | | | **$30,866.90** PAY THIS AMOUNT | |

Note:

**THANK YOU, WE APPRECIATE YOUR BUSINESS!**