DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. Commodity Futures Trading Commission, | ) | |
| | ) | CASE NO. 4:10 CV 2287 |
| Plaintiff, | ) | |
| | ) | ORDER OF PERMANENT INJUNCTION |
| v. | ) | |
| | ) | |
| Complete Developments, LLC., et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Majestic Enterprises Collision Repair, Inc., et al., | ) | |
| | ) | |
| Relief Defendants. | ) | |

For the reasons contained in the Memorandum Opinion and Order filed contemporaneously herewith, defendants GSM and Patrick Cole, and their agents, servants, employees, assigns, attorneys and persons in active concert or participation with GSM and Patrick Cole, including any successor thereof, is hereby permanently enjoined from engaging, directly or indirectly:

(i) in conduct in violation of Sections 4b(a)(2)(A) and (C) of the Act, as amended by the CRA, to be codified at 7 U.S.C. §§ 6b(a)(2)(A) and (C); and

(ii) trading on or subject to the rules of any registered entity (as that term is defined in Section 1a(29) of the Act, 7 U.S.C. § 1a(29) (2006));

(iii) entering into any transactions involving commodity futures, options on commodity futures, commodity options (as that term is defined in Regulation 32.1(b)(1), 17 C.F.R. § 32.1(b)(1) (2010)) ("commodity options"), and/or foreign currency (as described in Sections 2(c)(2)(B) and 2(c)(2)(C)(i) of the Act, as amended by the CRA, to be codified at 7 U.S.C. §§ 2(c)(2)(B) and 2(c)(2)(C)(i)) ("forex contracts") for their own personal account or for any account in

(4:10 CV 2287)

which they have a direct or indirect interest;

 (iv) having any commodity futures, options on commodity futures, commodity options, and/or forex contracts traded on their behalf;

 (v) controlling or directing the trading for or on behalf of any other person or entity, whether by power of attorney or otherwise, in any account involving commodity futures, options on commodity futures, commodity options, and/or forex contracts;

 (vi) soliciting, receiving, or accepting any funds from any person for purposes of purchasing or selling any commodity futures, options on commodity futures, commodity options, and/or forex contracts;

 (vii) applying for registration or claiming exemption from registration with the CFTC in any capacity, and engaging in any activity requiring such registration or exemption from registration with the CFTC, except as provided for in Regulation 4.14(a)(9), 17 C.F.R. § 4.14(a)(9) (2010); and

 (viii) acting as a principal (as that term is defined in Regulation 3.1(a), 17 C.RF.R. § 3.1(a) (2010)), agent, or any other officer or employee of any person registered, exempted from registration or required to be registered with the CFTC, except as provided for in Regulation 4.14(a)(9), 17 C.F.R. § 4.14(a)(9) (2010).

 IT IS SO ORDERED.

February 26, 2014               s/ David D. Dowd, Jr.
                     United States District Judge