DOWD, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, | ) |
| | ) CASE NO. 4:10 CV 2287 |
| Plaintiff, | ) |
| | ) JUDGMENT ENTRY |
| v. | ) |
| | ) |
| Complete Developments, LLC., et al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| Majestic Enterprises Collision Repair, Inc., et al., | ) |
| | ) |
| Relief Defendants. | ) |

For the reasons contained in the Memorandum Opinion and Order filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff U.S. Commodity Futures Trading Commission's motion for summary judgment against defendants Global Strategic Marketing, LLC and Patrick Cole is GRANTED.

It is further HEREBY ORDERED, ADJUDGED AND DECREED that the following relief is ordered in favor of Plaintiff U.S. Commodity Futures Trading Commission and against defendants Global Strategic Marketing, LLC and Patrick Cole as follows:

1. Defendants Global Strategic Marketing, LLC and Patrick Cole are permanently enjoined as set forth in an Order of Permanent Injunction separately published;

2. Defendants Global Strategic Marketing, LLC and Patrick Cole are hereby jointly and severally liable for disgorgement of sums received by defendants in

(4:10 CV 2287)

        connection with defendants' violations of the Act in the amount of $ 1,146,399, plus pre-judgment and post-judgment interest, such sums to be paid immediately to Plaintiff U.S. Commodity Futures Trading Commission; and

3.        Defendants Global Strategic Marketing, LLC and Patrick Cole are hereby jointly and severally liable for a civil monetary penalty in connection with defendants' violations of the Act in the amount of $ 1,146,399, plus pre-judgment and post-judgment interest, such sums to be paid immediately to Plaintiff U.S. Commodity Futures Trading Commission.

It is further HEREBY ORDERED, ADJUDGED AND DECREED that Relief Defendant RAK Palace Rent-A-Car shall be dismissed from this action for failure of prosecution.

It is further HEREBY ORDERED, ADJUDGED AND DECREED that defendants Global Strategic Marketing, LLC's and Patrick Cole's cross-claims against defendants Complete Developments, LLC, Keelan Harris, Kevin Harris, Investment International Inc. and Karen Starr shall be dismissed from this action for failure of prosecution.

      IT IS SO ORDERED.

 February 26, 2014                        *s/ David D. Dowd, Jr.*
Date                                        David D. Dowd, Jr.
                                             U.S. District Judge